AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MIGUEL PEREZ POSADAS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 219-041
                       CR 217-034

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 15, 2021, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Movant's 28 U.S.C. § 2255 motion is dismissed without prejudice for failure to follow this Court's Orders. Additionally, Movant is denied a Certificate of Appealability and in forma pauperis status on appeal.

Approved by: _____
HONORABLE LISA GODBEY WOOD, JUDGE

04/15/2021
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020